| | AUSA: Paul Kuebler | Telephone: (313) 226-9641 |
|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Sean Callaghan (FBI) | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

0:19mj6428-AOV

United States of America
v.

Johnny Lee DIXON

Case: 2:19-mj-30466
Judge: Unassigned,
Filed: 09-03-2019 At 11:58 AM
SEALED MATTER (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 24 through December 3, 2018__ in the county of __Oakland and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 1344 | Bank Fraud |
| Title 18 U.S.C. § 1349 | Conspiracy to Commit Bank Fraud |
| Title 18 U.S.C. § 1028A | Aggravated Identity Theft |

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____
         Deputy

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Sean Callaghan, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __SEP - 3 2019__

City and state: __Detroit, Michigan__

**MONA K. MAJZOUB**
*Judge's signature*

Hon. Mona K. Majzoub, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Sean Callaghan, being duly sworn, state the following:

### I. INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have investigated a variety of violations, including financial crimes, as an FBI agent for approximately 15 years.

2. The information contained in this affidavit is based on my personal knowledge and observations during the course of this investigation, law enforcement reports that I have reviewed, communications with others who have personal knowledge of the events and circumstances described in this affidavit, and information gained through my training and experience.

3. This affidavit is in support of a complaint and arrest warrant for Johnny Lee Dixon. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause to believe that Johnny Lee Dixon engaged in bank fraud, in violation of 18 U.S.C. § 1344, conspiracy to commit bank fraud, in

violation of 18 U.S.C. § 1349, and aggravated identity theft, in violation of 18 U.S.C. § 1028A.

## II. INVESTIGATION AND PROBABLE CAUSE

### *Background of the Felony Lane Gang*

4. Based upon the facts set forth herein, I believe that Johnny Lee Dixon is a member of a multi-state organized crime group commonly referred to as the Felony Lane Gang ("FLG").

5. The FLG originated in Fort Lauderdale, Florida and its members travel across the continental United States conducting numerous thefts from vehicles, home invasions, identity thefts, and bank frauds.

6. FLG members use the same modus operandi in the commission of these offenses. An FLG cell typically consists of several male members and at least one female member, who is recruited to impersonate victims and cash fraudulent checks. Cells typically travel from state to state to commit thefts from vehicles, targeting female's unattended purses. The male members typically use window punches or screwdrivers to shatter the window of the targeted vehicle. The cell will take the victim's stolen identification, personal checks, and credit/debit cards for the purpose of committing subsequent identity theft and bank fraud. Members of the

2

FLG will often utilize money transfer services to wire proceeds from the criminal activity back to Florida to ensure that they are not found in possession of large sums of money if arrested.

7. The FLG uses rental vehicles, often rented by members' girlfriends or members not traveling with that particular cell. FLG members will stay at local hotels and steal license plates to affix to their rental vehicles while those vehicles are being used to cash fraudulent checks via the drive through teller at local bank branches.

8. The female impersonators typically drive one rental vehicle, usually with a male FLG member in the back seat, who directs the activity at the bank. A second rental vehicle with the remaining members of the cell will conduct counter surveillance around the bank and alert the other vehicle if police respond.

9. The FLG typically will not stop if police officers attempt to conduct a traffic stop after responding to a fraud alert from the banks. FLG members and impersonators are trained to take police on a high speed chases because they know most police departments will often decide to terminate the chase in the interest of public safety.

## *The Instant Conduct*

10. On November 24, 2018, Victim F.F. had her purse stolen from her vehicle while it was parked at Planet Fitness 1007 E. Grand River Avenue, Brighton, Michigan. Her purse contained her credit/debit cards and driver's license.

11. On November 25, 2018, Victim A.L. had her wallet stolen from her vehicle while it was parked at the Optimist Hockey Arena, 1300 W. North Street, Jackson, Michigan. Security camera footage from the exterior of the arena revealed a suspect vehicle—a Chevrolet Malibu—that was driven by a white female. On the security footage, it was also revealed that a black male passenger exited that vehicle and smashed the driver's-side rear window of A.L.'s vehicle. Her wallet contained her Michigan driver's license and several debit/gift cards.

12. On November 26, 2018, Victim F.B. had her purse stolen from her vehicle while it was parked in the east parking lot of Beaumont Health, 1555 E. South Blvd., Rochester Hills, Michigan. Her purse contained checks, debit cards, gift cards and her driver's license.

13. On December 3, 2018 at approximately 2:30 PM, a woman driving a Chevrolet Malibu arrived at the Chase Bank branch located at

43100 Grand River Avenue in Novi, Michigan, and entered one of the drive-through service lanes. The woman posed as Victim F.F. presented a forged check in the amount of $1,780.00, made payable to F.F. and drawn from a Toledo Police Federal Credit Union account belonging to Victim H.P. The female presented a Michigan Driver's License and Chase Debit Card belonging to Victim F.F. along with the check. The teller at Chase Bank advised that there was only enough money in the account to withdraw $500.00 and she provided the female with five one hundred dollar bills.

14. Around this same time, Novi Police Department ("NPD") officers were dispatched to the area regarding a suspicious vehicle. NPD officers observed a Chevrolet Malibu in the drive-through lane of the Chase Bank and conducted a search of law enforcement databases for the license plate. The plate was registered to a GMC Savana van. As the Malibu pulled forward, NPD officers conducted a traffic stop on the vehicle for having an improper license plate. The officers saw a black male, subsequently identified as Keith Ware, sit up in the back seat. Prior to Ware sitting up, the vehicle had appeared to be occupied by just the female driver. Ware then opened the rear passenger-side door and fled on foot.

NPD officers pursued and apprehended Ware. Amber Dargartz was driving the car, and was also detained by police.

15. Officers searched the car, and found:

    A. a knotted baggie of suspected heroin;

    B. a Kentucky Fried Chicken bag that had writing on it that appeared to be practice attempts to forge the signature of Victim F.F.;

    C. wigs;

    D. Money Gram receipts;

    E. Two cellular telephones;

    F. A checkbook license and debit card belonging to Victim F.B.;

    G. debit card belonging to Victim T.W.;

    H. debit cards belonging to Victim F.F.;

    I. a checkbook belonging to Victim H.P.; and

    J. a license and debit card belonging to Victim A.L.

16. The vehicle had the improper Michigan license plate attached by rubber bands to a Florida license plate that was underneath the Michigan plate.

17. On December 4, 2018, NPD spoke with Victim H.P.. H.P. advised that her purse was stolen when her vehicle was broken into on the morning of December 3, 2018 at the Orange Theory Fitness, 3190 Chappel, Perrysburg, Ohio. H.P. advised that her purse contained her license, checkbooks and debit card.

18. On December 3, 2018, I interviewed Dargartz. Dargartz admitted to forging Victim F.F.'s signature on the check she presented at Chase Bank in Novi, Michigan. Dargartz stated that an individual named Michael Williams took her to a hotel in Toledo, Ohio where she met Keith Ware and another unidentified black male. Dargartz said that Ware talked to her about cashing checks and Williams assured her that it was okay. The next morning the group drove to a hotel in Farmington Hills to pick up an unidentified white female. This female was too intoxicated to cash checks, so she rode in a second, lookout vehicle, a Chevrolet Tahoe, with Williams and the unidentified black male. Dargartz advised that Ware was in the back seat of the Chevrolet Malibu telling her what to do and say during the transaction at Chase bank. Ware provided her with the check, license and card. Dargartz was to receive part of the money, but she was

not told how much. Ware used his cellular telephone to remain in contact with his partner in the lookout vehicle during the transaction.

19. J.P. Morgan Chase & Company, doing business as Chase Bank, is insured by the Federal Deposit Insurance Corporation (FDIC).

20. Victim F.F. did not give anyone permission to use her name, license or debit card. Victim F.F. did not give anyone permission to forge her signature or negotiate any checks on her behalf.

21. Ware was on a phone call with someone entered into his contacts as "Suge" while directing Dargartz to cash the check at the Chase Bank. Dargartz advised that before cashing the check at the Chase Bank in Novi, Michigan, Ware took her to the "I Love You Beauty" store and a BP gas station near the store. A detective from the Farmington Hills Police Department was able to obtain surveillance photographs from the BP gas station near the beauty store depicting the unidentified subject. The subject appeared to be a previously identified FLG member, Johnny Lee Dixon, who goes by the street name of "Suge."

22. Michael Williams, aka Maserati Mike, was interviewed and advised that he met "Murray" (Keith Ware) and another black male at a club in Toledo, Ohio. Williams identified the person depicted in the BP

8

surveillance photograph as the other black male he met. The men told Williams that they traveled all over the country making money and were looking for girls to help them make money. Williams brought Dargartz and another female to a hotel in the Toledo area to meet Murray and the other guy. Williams stated that the next day they drove to Michigan. Williams claimed that he was not with the others when they hit the bank but received a telephone call from Murray's partner who told him that something happened and that the girl (Dargartz) got arrested.

23. Investigators obtained records corresponding to the cellular telephone Ware was utilizing to maintain contact with his partner in the lookout vehicle during the aforementioned bank fraud in Novi, Michigan. Those records revealed that at the time of the fraud Ware was in contact with cellular telephone, number 754-302-9018. Open source database checks revealed that number to be utilized by Johnny Dixon.

24. A search warrant was obtained for cell site data records corresponding to above listed number. Those records revealed that listed number was utilizing a cell tower approximately a half mile away from the Chase Bank branch when the fraudulent check was presented. The records

also confirmed that this number was in contact with the cell phone being utilized by Keith Ware while the check was being presented.

### III. CONCLUSION

25. Based on the above investigation, probable cause exists that Johnny Lee Dixon engaged in bank fraud, in violation of 18 U.S.C. § 1344; conspiracy to commit bank fraud, in violation of 18 U.S.C. § 1349; and aggravated identity theft, in violation of 18 U.S.C. § 1028A.

Respectfully Submitted,

_____
Sean Callaghan
Special Agent, FBI

Subscribed and sworn before me on September 3, 2019

___**MONA K. MAJZOUB**___
Hon. Mona K. Majzoub
United States Magistrate Judge